IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CZAPINSKI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-717 |
| | ) | |
| v. | ) | Judge McVerry |
| | ) | Magistrate Judge Bissoon |
| IRON CITY INDUSTRIAL CLEANING CORP., | ) ) | |
| | ) | |
| Defendant. | ) | |

# **MEMORANDUM ORDER**

On August 1, 2008, this case was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On January 22, 2009, the magistrate judge issued a Report and Recommendation (Doc. 34) that Defendant's Motion for Summary Judgment (Doc. 16) be granted. Service of the Report and Recommendation was made on the parties, and Plaintiff filed Objections on March 2, 2009 (Doc 37) followed by Defendant's Response on March 5, 2009 (Doc. 38) which Response the Court finds to have merit.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections and Response thereto, the following Order is entered:

AND NOW, on this 6th day of March, 2009, IT IS HEREBY ORDERED that Plaintiff's Objections are overruled and Defendant's Motion for Summary Judgment (**Doc. 16**) is **GRANTED**.

The Report and Recommendation of Magistrate Judge Bissoon dated January 22, 2009 is hereby adopted as the opinion of the District Court.

s/ Terrence F. McVerry
Terrence F. McVerry
United States District Judge

cc (via email):

John R. Orie , Jr., Esq.
Jeffrey B. Balicki, Esq.

Magistrate Judge Cathy Bissoon